

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00552-CV

Cesar **VELEZ**,
Appellant

v.

**UNIVERSITY OF MISSOURI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11974
Honorable Solomon Casseb III, Judge Presiding

PER CURIAM

Sitting:        Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  February 25, 2015

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM